IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| TERRENCE TERRELL BRYAN,             )<br>                                              )<br>        Plaintiff,                              )<br>                                              )<br>vs.                                              )<br>                                              )<br>South Carolina Department of Corrections,  )<br>NFN Jackson, Officer; NFN Miles, Sergeant;)<br>NFN Thomas, Captain; NFN Anderson    )<br>Officer; NFN Hatchet, Officer;               )<br>NFN Wigting, Officer; NFN Price, Major;  )<br>NFN Green, Officer; NFN Jefferson,       )<br>Corporal; and NFN Mebride, Officer      )<br>                                              )<br>        Defendants.                         )<br>_____) | Civil Action No.: 4:07-00021 |

# ORDER

On January 4, 2007, the plaintiff filed the instant *pro se* action alleging violations of his constitutional rights. (Doc #1). On March 7, 2007, plaintiff filed a letter with the Clerk of Court requesting a motion for injunctive relief. (Doc. #5). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. (Doc. #85). In the Report, Magistrate Judge Rogers recommends that the District Court deem the motion for injunctive relief moot. The plaintiff requested that he be separated from the officers at the Lee Correctional Institute. Plaintiff subsequently informed the Court that he had been transferred to McCormick Correctional Institution. (Doc. #13). The plaintiff filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #85) and the plaintiff's motion is deemed **MOOT**.

**IT IS SO ORDERED**.

                 S/Terry L. Wooten

                 Terry L. Wooten
                 United States District Judge

January 29, 2008
Florence, South Carolina